the benefit of all mankind's, whose survival and well-being depend on us."

b.ii. "Off Topic" which included the following description: "Whatever you think about during those rare moments when you're not pondering how to kidnap and ravish cute young girls."

## CONCLUSION

31. Based upon the foregoing, there is probable cause to believe that MATTHEW MERCER-KINSER has knowingly received, possessed and accessed with the intent to view child pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (a)(5)(B).

_____
Raymond C. Nichols
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 1st day of November, 2019

_____
Honorable Elizabeth A. Stafford
UNITED STATES MAGISTRATE JUDGE