

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW MERCER-KINSER,

    Defendant.

_____/

Case:2:19-cr-20772
Judge: Berg, Terrence G.
MJ: Patti, Anthony P.
Filed: 11-21-2019 At 11:53 AM
INDI USA v MERCER-KINSER (af)

VIO: 18 U.S.C. § 2252A(a)(2)
       18 U.S.C. § 2252A(a)(5)(B)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

18 U.S.C. § 2252A(a)(2)
*Receipt of Child Pornography*

On or about and between July 20, 2019, through on or about October 10, 2019, both dates being approximate and inclusive, within the Eastern District of Michigan and elsewhere, the defendant, MATTHEW MERCER-KINSER, did knowingly receive child pornography, that is, visual depictions of sexually explicit conduct, including, but not limited to, the lascivious exhibition of the genitals or pubic area as defined in 18 U.S.C. §2256(8)(A); and the images received by the defendant were

mailed, shipped, and transported using the Internet, a means and facility of interstate or foreign commerce, and were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

### COUNT TWO

18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

On or about and between July 20, 2019, through on or about October 10, 2019, both dates being approximate and inclusive, within the Eastern District of Michigan and elsewhere, the defendant, MATTHEW MERCER-KINSER, did knowingly possess material containing child pornography, that is, visual depictions of sexually explicit conduct that involved prepubescent minors and minors who had not attained 12 years of age, including, but not limited to, the lascivious exhibition of the genitals or pubic area as defined in 18 U.S.C. § 2256(8)(A); where the production of such child pornography involved the use of a real minor engaged in sexually explicit conduct, that had been produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **FORFEITURE ALLEGATIONS**

18 U.S.C. §2253; 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253, and Title 28 United States Code, Section 2461(c).

Upon conviction of one or more of the offenses charged in Counts One and Two of the Indictment, defendant shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property subject to forfeiture pursuant to Title 18, United States Code, Section 2253, and Title 28 United States Code, Section 2461(c), as a result of any act or omission of the defendant--

a) cannot be located upon the exercise of due diligence;
b) has been transferred to, sold to, or deposited with a third party;
c) has been placed beyond the jurisdiction of this Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be divided without difficulty;

the United States of America intends to seek forfeiture of all other property of the defendant up to the value of forfeiture applicable in this case.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

MATTHEW SCHNEIDER
UNITED STATES ATTORNEY

*s/ Matthew A. Roth*
MATTHEW A. ROTH
Chief, General Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226-3220
Phone:   313-226-9186
E-Mail:  matthew.roth20@usdoj.gov

*s/ Erin S. Shaw*
ERIN S. SHAW

Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226-3220
Phone:   313-226-9182
E-Mail:  erin.shaw@usdoj.gov

Dated: November 21, 2019

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case:2:19-cr-20772<br>Judge: Berg, Terrence G.<br>MJ: Patti, Anthony P.<br>Filed: 11-21-2019 At 11:53 AM<br>INDI USA v MERCER-KINSER (af) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete i

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: |

Case Title: USA v. Matthew Mercer-Kinser

County where offense occurred: Wayne

**Check One:**  ☒ Felony  ☐ Misdemeanor  ☐ Petty

____ Indictment/ ____ Information --- **no** prior complaint.
✓ Indictment/ ____ Information --- based upon prior complaint [Case number: 19-30574  ]
____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 21, 2019
Date

Erin S. Shaw
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9182
Fax: (313) 226-5464
E-Mail address: erin.shaw@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.