UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,           Cr. No. 19-cr-20772

v.                                     Judge: Terrence G. Berg

MATTHEW MERCER-KINSER,

           Defendant.
_____/

## STIPULATION SEEKING ADJOURMENT

Through their respective counsel, the parties stipulate and agree to a 90-day extension of the currently scheduled motion, plea and trial deadlines.  The parties agree and stipulate that the additional time is necessary for the parties to receive and review discovery, conduct investigation, file motions, and engage in plea negotiations. Pursuant to 18 U.S.C. § 3161(h)(7), the parties stipulate that the extended time period shall constitute excludable delay and that the ends of justice served by this delay outweigh the interests of the defendant and the public in a speedy trial.  Defendant also waives his right to a speedy trial and agrees that the continuance requested is reasonable and necessary.  The parties request that the court enter an order consistent with this stipulation.

          IT IS SO STIPULATED.

          Respectfully submitted,

| | |
|---|---|
| s/Erin Shaw (w/consent) | s/Todd A. Shanker |
| Assistant United States Attorney | Counsel for Defendant |
| 211 W. Fort Street, Suite 2001 | 613 Abbott, 5th floor |
| Detroit, Michigan 48226 | Detroit, MI 48226 |
| Phone: (313) 226-9100 | (313)967-5879 |
| e-mail: erin.shaw@usdoj.gov | e-mail: todd_shanker@fd.org |

Dated: December 11, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 19-cr-20772

v.                            Judge: Terrence G. Berg

MATTHEW MERCER-KINSER,

        Defendant.
_____/

## ORDER OF ADJOURNMENT AND FINDING OF EXCLUDABLE DELAY

This matter having come before the Court upon the stipulation of the parties, the Court finds that the period of adjournment shall be excluded in calculating the time within which the defendant has a right to a speedy and public trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h). The Court further finds that such a delay is necessary to permit the parties to review discovery, conduct investigation, and engage in plea negotiations pursuant to 18 U.S.C. § 3161(h)(7).

IT IS ORDERED that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, and in consideration of the factors listed in section 3161(h)(7), the ends of justice are best served by granting an adjournment in this case, and these ends outweigh the interest of the public and the defendant in a speedy and public trial and that any delay occasioned by this adjournment shall be deemed excludable under the Speedy Trial Act.

The period of January 14, 2020, - April 14, 2020 shall constitute excludable delay under the Speedy Trial Act.

Motions: 3/13/2020

Plea cutoff:  3/13/2020

Final Pretrial:  4/2/2020 at 10:00 a.m.

Trial:  4/14/2020 at 9:00 a.m.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
JUDGE TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Date: December 11, 2019