# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA**,

      Plaintiff,                      Case No. 2:18-cr-20413-TGB-EAS
                                                     Hon. Terrence G. Berg

**MARTIN LEON**,

      Defendant.

_____

| **STEVEN PHILIP CARES (P68503)** | **NEIL ROCKIND (P48618)** |
|---|---|
| US Dept. of Justice | Rockind Law |
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W Fort Street Ste 2001 | 36400 Woodward Ave., Ste 210 |
| Detroit, MI 48226 | Bloomfield Hills, MI 48304 |
| (313) 226-9139 | (248) 208-3800 |

_____/

## STIPULATION AND ORDER FOR ADDITIONAL TIME TO RAISE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendant shall have an additional thirty (30) days to file objections to the Pre-Sentence Investigation Report once it has been received by Rockind Law. Rockind Law will notify this Honorable Court, and the United States Attorney's Office promptly upon receipt of Defendant's Pre-Sentence Investigation Report.


/s/ Steven Cares w/consent                    /s/ Neil Rockind (w/permission, bw)
STEVEN CARES (P68503)                        NEIL ROCKIND (P48618)
Assistant U.S. Attorney                                Attorney for Defendant


                              IT IS SO ORDERED.

                                      /s/Terrence G. Berg
                                      HONORABLE TERRENCE G. BERG
                                      UNITED STATES DISTRICT JUDGE

Dated: May 8, 2020