UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   Hon. Terrence G. Berg

   Plaintiff,   Case No. 19-20772

vs.

MATHEW MERCER-KINSER

   Defendant.

_____

## ORDER AUTHORIZING EXPERT DALMAN
## TO VISIT INCARCERATED DEFENDANT MERCER-KINSER

IT IS HEREBY ORDERED that Expert Larry Dalman of Dalman Investigations is hereby authorized to visit Defendant Mathew Mercer-Kinser with, or on behalf of Defendant's attorney, Kimberly W. Stout, at the jail or detention facility where he is being held pending resolution of this matter for the purpose of reviewing cell phone discovery and trial preparation.

                                                   /s/Terrence G. Berg
                                                 Honorable Terrence G. Berg
                                                 United States District Judge

Entered: October 8, 2021