UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  19-20772 |
| Plaintiff, | Hon. TERRENCE G. BERG |
| v. | |
| MATTHEW MERCER-KINSER, | |
| Defendant. | |

**STIPULATION TO ADJOURN
AND FINDING OF EXCLUDABLE DELAY**

The parties stipulate and agree that the plea cutoff of March 4, 2022, final pretrial conference of March 17, 2022 and the jury trial of March 29, 2022 be continued for approximately 90 days.  Defendant has requested this adjournment because defendant needs additional time to review discovery, investigate the case, continue plea negotiations with the government, and prepare for trial if necessary.  The government has no objection.

The parties stipulate and agree that based on these reasons, the ends of justice served by a continuance outweigh the best interests of the public and defendant in a speedy trial, and that the time from March 4, 2022 to July 19, 2022 should be excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7).

SO STIPULATED AND AGREED,

FOR THE UNITED STATES:

*s/ Erin S. Shaw*
ERIN S. SHAW
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9182

FOR THE DEFENDANT:

*s/ Kimberly Stout* (with consent)
KIMBERLY STOUT
Attorney for Defendant Mercer-Kinser
370 E. Maple Road, 3rd floor
Birmingham, Michigan 48009
(248) 258-3181

Dated: March 4, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MERCER-KINSER,<br><br>Defendant. | Case No.  19-20772<br><br>Hon. TERRENCE G. BERG |

## **ORDER**

Upon this Court's consideration of the parties' stipulation to adjourn the plea cutoff, final pretrial conference and trial, and of the reasons provided by the parties for the exclusion of time under the Speedy Trial Act, and the Court being fully advised of its premises;

**IT IS HEREBY ORDERED** that the following dates are continued as follows:

| | |
|---|---|
| **Plea Cutoff** | **June 17, 2022** |
| **Final Pre-trial Conference** | **June 30, 2022 at 10 am** |
| **Trial** | **July 19, 2022 at 9 am** |

**IT IS FURTHER ORDERED** that the time period from March 4, 2022 through July 19, 2022 shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C §3161(h)(7).  This Court finds that because defendant needs additional time to review discovery, investigate the case, continue plea negotiations with the government,

and prepare for trial if necessary, the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
**Hon. Terrence G. Berg**
**United States District Judge**

Dated: March 15, 2022