UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
        Plaintiff,

-vs-                                          Case No. 19-20772
                                                    Hon. Terrence G. Berg
MATTHEW MERCER-KINSER
        Defendant
_____.

## ORDER GRANTING EX PARTE MOTION
## FOR APPOINTMENT OF INFORMATION TECHNOLOGY  EXPERT
## AND TO AUTHORIZE PAYMENT

This matter has been brought to the Court upon ex parte application for funds to retain an information technology expert / discovery coordinator / litigation support specialist, and the Court having reviewed the supporting documents, and being fully informed, is of the opinion that the Defendant has demonstrated the need for this service to adequately defend himself against the charges in the Indictment and his financial inability to secure these services on his own;

Therefore, the Court authorizes payment to **Christopher Antone, Farmington Hills, MI** from CJA funds for its expert services on behalf of the Defendant at an hourly rate of one hundred twenty five ($125.00) dollars, not to exceed twenty-seven hundred ($2,700.00) dollars, without further approval of the Court.

                                                    /s/Terrence G. Berg_____
                                                    Terrence G. Berg
                                                    U.S. District Judge

Dated: July 20, 2022