UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  19-20772 |
| Plaintiff, | Hon. TERRENCE G. BERG |
| v. | |
| MATTHEW MERCER-KINSER, | |
| Defendant. | |

**STIPULATION CONCERNING EXCLUDABLE DELAY**

At the pretrial conference held on September 29, 2022, in person at the courthouse with defendant present, the parties and the Court agreed to adjourn the trial to mid-February 2023. Defense counsel indicated that the defense needs additional time to prepare for trial. Defendant agreed. The parties agreed to enter into the instant stipulation concerning excludable delay.  The government has no objection.

The parties further stipulate and agree that based on these reasons, the ends of justice outweigh the best interests of the public and defendant in a speedy trial, and that the time from October 12, 2022 to February 15, 2023 should be excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7).

SO STIPULATED AND AGREED,

FOR THE UNITED STATES:

*s/ Erin S. Shaw*
ERIN S. SHAW
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9182

FOR THE DEFENDANT:

*s/ Kimberly Stout* (with consent)
KIMBERLY STOUT
Attorney for Defendant Mercer-Kinser
370 E. Maple Road, 3rd floor
Birmingham, Michigan 48009
(248) 258-3181

Dated:  October 5, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MERCER-KINSER,<br><br>Defendant. | Case No.  19-20772<br><br>Hon. TERRENCE G. BERG |

### ORDER

Upon this Court's consideration of the parties' stipulation, and of the reasons provided by the parties for the exclusion of time under the Speedy Trial Act, and the Court being fully advised of its premises;

**IT IS HEREBY ORDERED** that trial is set for February 15, 2023.

**IT IS FURTHER ORDERED** that the time period from October 12, 2022 through February 15, 2023 shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C §3161(h)(7).  This Court finds that the defense needs additional time to prepare for trial, and that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 12, 2022

/s/Terrence G. Berg
**Hon. Terrence G. Berg**
**United States District Judge**