UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

                                    Case No: 19-20772

v.

Matthew Mercer-Kinser

       Defendant.

---

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

| *Add the following AUSA(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: Margaret Smith<br>Bar ID**:** P71413<br>Telephone: 313-226-9135<br>Email:Margaret.Smith@usdoj.gov | Name:<br>Telephone: |

Dawn N. Ison
Acting United States Attorney

*s/Margaret Smith*
Margaret Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Margaret.Smith@usdoj.gov
(313) 226-9135
P71413

Dated: January 26, 2023