# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                        Case No. 19-20772

MATTHEW MERCER-KINSER,            Hon. Terrence G. Berg

    Defendant.

## ORDER PERMITTING EXPERT TO VISIT DEFENDANT IN CUSTODY

This Court, upon motion of defense counsel, and the Court otherwise being advised in the premises:

**IT IS ORDERED** that Larry Dalman, defense expert and consultant, be permitted in the jail to meet and confer with Defendant and/or his counsel Kimberly W. Stout.

**IT IS SO ORDERED.**

Date: February 24, 2023

                                        /s/Terrence G. Berg_____
                                        Honorable Terrence G. Berg
                                        United States District Judge