UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-20772 |
| Plaintiff, | Hon. TERRENCE G. BERG |
| v. | |
| MATTHEW MERCER-KINSER, | |
| Defendant. | |

**VERDICT FORM**

We, the Jury, unanimously find as to Defendant MATTHEW MERCER-KINSER:

*Question No. 1*

As to **Count One** of the Indictment, which charges receipt of child pornography, we the Jury, find the Defendant:

☐ Not Guilty

☑ Guilty of receipt of child pornography with respect to the following images:

☑ Exhibit #1
☑ Exhibit #2
☑ Exhibit #3
☑ Exhibit #4
☑ Exhibit #5
☑ Exhibit #6
☑ Exhibit #7

*Note: If your finding under Count One, Question No. 1 was "Guilty," you need not consider Question No. 2.*

*If your finding under Count One, Question No. 1 was "Not Guilty," or you could not reach a unanimous finding regarding Count One, Question No. 1, then you must answer Question No. 2, below, which asks you to consider whether Defendant Matthew Mercer-Kinser is guilty of the lesser included offense of possession of child pornography.*

Question No. 2

As to **Count Two** of the Indictment—Lesser-Included Offense, possession of child pornography, we the Jury, find the Defendant:

☐ Not Guilty

☐ Guilty of possession of child pornography with respect to the following images:

   ☐ Exhibit #1
   ☐ Exhibit #2
   ☐ Exhibit #3
   ☐ Exhibit #4
   ☐ Exhibit #5
   ☐ Exhibit #6
   ☐ Exhibit #7

**/s/Jury Foreperson**
In compliance with the Privacy Policy adopted
by the Judicial Conference, the verdict form
with the original signature has been filed under seal

2/28/23
DATE