UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
        Plaintiff,

-vs-                                      Case No. 19-20772
                                              Hon. Terrence G. Berg

MATTHEW MERCER-KINSER
        Defendant

## STIPULATION TO EXTEND TIME TO FILE PRESENTENCE REPORT, ANY OBJECTIONS TO PRESENTENCE REPORT AND TO ADJOURN SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the United States of America and the Defendant, that in light of the fact that the Defendant is getting a psychological evaluation done to assist the Bureau of Prisons, the time within which the Presentence Investigation Report is due be extended, the time within which the Defendant has to file Objections be extended, and the sentencing be adjourned, for approximately 60 days.

| | |
|---|---|
| /s/Erin Shaw w/consent | /s/Kimberly W. Stout____ |
| Erin Shaw | Kimberly W. Stout (P38588) |
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 Fort Street, #2001 | 370 E. Maple, 3rd Floor |
| Detroit, MI  48502 | Birmingham, MI  48009 |

1