UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  Hon. Terrence G. Berg

   Plaintiff,  Case No. 19-20772

vs.

MATHEW MERCER-KINSER

   Defendant.
_____

### ORDER AUTHORIZING EXPERT DR. ATARA ABRAMSKY TO VISIT INCARCERATED DEFENDANT MERCER-KINSER

IT IS HEREBY ORDERED that Dr. Atara Abramsky be authorized to visit in person or by video, Defendant Mathew Mercer-Kinser with, or on behalf of Defendant's attorney, Kimberly W. Stout, at Milan Detention Center pending sentencing in this case for the purpose of sentence preparation.

   IT IS SO ORDERED.

                              /s/Terrence G. Berg
                              TERRENCE G. BERG
                              UNITED STATES DISTRICT JUDGE

Dated: August 30, 2023