Case No. 24-1227

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**


UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MATTHEW MERCER-KINSER

    Defendant - Appellant


   Upon consideration of the motion of Kimberly Winona Stout to withdraw as counsel for the appellant,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**.  The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

                                            **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  April 02, 2024

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 04/02/2024.

**Case Name:**  USA v. Matthew Mercer-Kinser
**Case Number:**  24-1227

**Docket Text:**
ORDER filed granting motion to withdraw as counsel [7144602-2] filed by Ms. Kimberly Winona Stout. New counsel will be appointed under the Criminal Justice Act.

**The following documents(s) are associated with this transaction:**
Document Description:  Order

**Notice will be sent to:**

Mr. Matthew Mercer-Kinser
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Ms. Erin S. Shaw
Ms. Margaret M. Smith
Ms. Kimberly Winona Stout